MICHAEL HARAJ, an Infant, by JOSEPH HARAJ, His Guardian ad Litem, Respondent, v. ROBERT M. LOUGHAN and Another, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Estate of MARY L. STANTON, Deceased. In the Matter of the Claim of DELIA REFFUE Filed in the Above Matter. HERBERT H. HATCH, as Executor, etc., of MARY L. STANTON, Deceased, Appellant; DELIA REFFUE, Claimant, Respondent.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THOMAS J. LITTLE, Respondent, v. DAVID SHERRY, Individually and as President of LOCAL UNION No. 637, etc., Defendant. DAVID SHERRY, as President of LOCAL UNION NO. 637 OF THE INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, Being an Unincorporated Association Consisting of More Than Seven Members, Appellant.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

HARRY BAKER, an Infant, by WILLIAM H. BAKER, His Guardian ad Litem, Respondent, v. MAGEE ROSS MOTOR CORPORATION and GEORGE KIDNEY, Appellants. WILLIAM H. BAKER, Respondent, v. MAGEE ROSS MOTOR CORPORATION and GEORGE KIDNEY, Appellants.— Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

MABEL McKNIGHT, Respondent, v. RICHARD E. WELLS, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

NICOLA DE LUCIA, as Administrator, etc., of CARL DE LUCIA, Deceased, Appellant, v. FRANCIS STALKER, Respondent, and JAY FAIRLEE, Appellant.— Judgments and orders unanimously affirmed, with costs to the plaintiff against defendant Fairlee, and with costs to defendant Stalker against the plaintiff. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JOSEPH ARNER, Respondent, against MANHATTAN SPRING AND COUCH CO., INC. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent; BANKERS INDEMNITY INSURANCE COMPANY and MARYLAND CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD,* Respondent.— Award affirmed, with costs to the State Industrial Board against the appellants. Rhodes, McNamee and Bliss, JJ., concur; Hill, P. J., and Crapser, J., dissent and vote to reverse the award and to remit matter to the State Industrial Board for an award against the employer and the Massachusetts Bonding and Insurance Company, insurance carrier, on the authority of *Rose Inn Corporation* v. *National Union Fire Insurance Co.* (258 N. Y. 51).